IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-116-BO

| | | |
|---|---|---|
| DANIELLE A. CARTER, | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DEPARTMENT OF HEALTH AND | ) | |
| HUMAN SERVICES, *et al.*, | ) | |
| Defendants. | ) | |

This cause comes before the Court on plaintiff's motion requesting attorney representation. [DE 13]. By order and judgment entered June 14, 2018, this action was dismissed in its entirety. [DE 11, 12]. Thus, plaintiff has failed to satisfy the requirement that counsel be appointed only under exceptional circumstances in civil cases. *Cook v. Bounds*, 518 F.2d 779, 780 (4th Cir. 1975). The motion is therefore denied.

SO ORDERED, this 13 day of August, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE